**Immie PRIDDY, Independent Executrix
of the Estate of Donald O. Priddy,
Deceased, Plaintiff,**

v.

**TALLEY, INCORPORATED, Defendant-
Third-Party Plaintiff-Appellant,**

v.

**UNITED STATES of America,
Third-Party Defendant-
Appellee.**

No. 71–3282
Summary Calendar.*

United States Court of Appeals,
Fifth Circuit.

March 2, 1972.

Before BELL, DYER and CLARK, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1] The district court correctly held that Feres

* Rule 18, 5 Cir.; See Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir., 1970, 431 F.2d 409.

1. See NLRB v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966.

v. United States, 1950, 340 U.S. 135, 71 S.Ct. 153, 95 L.Ed. 152, barred recovery. See also Layne v. United States, 7 Cir., 1961, 295 F.2d 433. Maryland for use of Levin v. United States, 1965, 381 U.S. 41, 85 S.Ct. 1293, 14 L.Ed.2d 205, does not require a different result.

2. See N.L.R.B. v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966.